UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. FUDGE
ADC #113396                                                                                          PLAINTIFF

V.                              4:15CV00693 KGB/JTR

STEVEN LOPEZ, Administrator,
Lonoke County Detention Center                                                           DEFENDANT

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

### I. Discussion

Plaintiff, James E. Fudge, is a prisoner in the Arkansas Department of Correction. He has filed this *pro se* § 1983 action alleging that Defendant Lopez violated his constitutional rights while he was confined in the Lonoke County

Detention Center.

On December 22, 2015, the Court ordered Plaintiff to file, within thirty days, an Amended Complaint containing information necessary to complete 28 U.S.C. § 1915A screening. *Doc. 12.* Importantly, the Court reminded Plaintiff this case would be dismissed, without prejudice, if he failed to timely and properly do so. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the December 22, 2015 Order and the time for doing so has expired.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 26th day of January, 2016.

                                    UNITED STATES MAGISTRATE JUDGE