**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES E. FUDGE,**
**ADC #113396**                                                                                                          **PLAINTIFF**

v.                                   Case No. 4:15-cv-693 KGB/JTR

**STEVEN LOPEZ, Administrator,**
**Lonoke County Detention Center**                                                                  **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge J. Thomas Ray (Dkt. No. 13). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety. The Court dismisses without prejudice plaintiff James E. Fudge's lawsuit.

It is therefore ordered that:

1. This case is dismissed without prejudice due to a lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this the 16th day of February, 2016.

_____
Kristine G. Baker
United States District Judge