IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. FUDGE,
ADC #113396                                                                                          PLAINTIFF

v.                             Case No. 4:15-cv-693 KGB/JTR

STEVEN LOPEZ, Administrator,
Lonoke County Detention Center                                                            DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this the 16th day of February, 2016.

_____
Kristine G. Baker
United States District Judge